IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | 16-cr-297-KOB |
| ) | |
| **DANIEL EUGENE TRAEGER** ) | |

### DEFENDANT TRAEGER'S

### SENTENCING MEMORANDUM

Comes now the defendant, by and through his attorney, and respectfully offers this memorandum in support of a sentence of probation.

We start with the directive that "the punishment should fit the offender and not merely the crime." *Williams v. New York*, 337 U.S. 241, 247 (1949).  This directive finds its place in the sentencing factors set for in 18 *U.S.C.* §3553. Of primary importance in this case is the Mr. Traeger's history.

Mr. Traeger is 52 years old. He was raised in a blended working class family, has, until indicted in this case, been gainfully employed, and, except for the offense that brings him before the court, has always been a net contributor to society. The PreSentence Investigation Report adequately chronicles his family and work history with one exception, his military service, which requires more comment.

Mr. Trager's interest in military service and aviation was sparked by his father, who flew Cessna air plains for the Civil Air Patrol. After graduating from high school, Mr.



Traeger joined the Army and became an air traffic controller. He served five years on active duty (with the United Army and reserves), and seven years in the Reserve, for a total of twelve years of service. During his service he qualified as a marksman and earned the Army Achievement Medal.  The citation for the medal reads as follows:

> For Meritorious service while assigned to the second platoon, Air Traffic Control Company, 59th Air Traffic Control Battalion as a Ground Control Approach Specialist from 17 January 1985 to December 1986. Throughout this assignment Specialist Traeger demonstrated superior skills and supervisory abilities. His daily management of Air Traffic Control services greatly enhanced the reputation of his unit in the local aviation community and resulted in an appreciable increase in total traffic for his facility. Specialist Traeger's outstanding performance as a shift and training supervisor has been in keeping with the proudest of military traditions and reflects great credit upon him, the 59th Air Traffic Control Battalion, and the United States Army.

His discharge was, of course, honorable:



2

Mr. Traeger deeply regrets his conduct that led to this case, as evidenced by his attached letter, Exhibit A, which also chronicles his life. He is trying to rebuild that life as best he can in Oregon, where he has a supportive and succeessful family, as evidenced by the attached letter, Exhibit B, from his brother.

## CONCLUSION

For these reasons, the defendant respectfully requests the court to place him on probation, a sentence within the Guidelines range.

Respectfully submitted,

S/ *Michael V. Rasmussen*

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

    I hereby certify that on the above stated date, I electronically served a copy of the foregoing on the United States Attorney by e-mail.

                      Respectfully Submitted

                      S/ *Michael V. Rasmussen*

                      Michael V. Rasmussen
                      Attorney for the defendant
                      Bar Number: ASB-4235-A43M
                      130 Inverness Plaza # 175
                      Birmingham, AL 35242

                      Telephone: (205) 401-8142
                      E-mail: rasmussenlaw@charter.net